**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **RHONDA A. CALLIS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )   CIV-06-1324-R |
| | ) |
| **MICHAEL J. ASTRUE,** | ) |
| **Commissioner of the Social Security** | ) |
| **Administration,** | ) |
| | ) |
| **Defendant.** | ) |

## JUDGMENT

Judgment is hereby entered in favor of the Plaintiff and this matter is hereby remanded to the Commissioner for further proceedings consistent with the Court's order entered this same day.

ENTERED this 26th day of March 2008.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE